# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-41132
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 20, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

　　　　　　　　　　　　Plaintiff–Appellee,

v.

LUIS RAUL MUNOZ-PADRON,

　　　　　　　　　　　　Defendant–Appellant.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:17-CR-603-1

Before SOUTHWICK, WILLETT, and ENGELHARDT, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Luis Raul Munoz-Padron has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Munoz-Padron has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1Case: 17-41132     Document: 00514521647     Page: 2     Date Filed: 06/20/2018

No. 17-41132

appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.